UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| JOSEPH KOERNER and FRANK ZACHMAN, | Case No. 12-cv-01091-JBM-JAG |
| Plaintiffs, | |
| v. | The Honorable Joe B. McDade |
| JOHN L. COPENHAVER, CANDICE M. ROGERS, FREDERICK C. HARDMAN, W. RONALD DIETZ, ESTATE OF ROBERT EDDY, Deceased, ALLAN W. DEVINE, DALE S. STRASSHEIM, COPENHAVER, INC., d/b/a W.M. PUTNAM COMPANY, and LYNETTE EDDY, | The Honorable Magistrate Byron Cudmore |
| Defendants. | |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

Undersigned counsel who have appeared in this action for Plaintiffs give notice that as of January 1, 2014, they have become affiliated with the law firm of Keller Rohrback L.L.P. instead of Keller Rohrback, P.L.C. Their address and phone numbers are unchanged; the e-mail address has changed to ggreenwald@kellerrohrback.com.

RESPECTFULLY SUBMITTED this 6th day of January, 2014.

KELLER ROHRBACK L.L.P.

By: */s/ Gary D. Greenwald*

Gary D. Greenwald
Gary A. Gotto
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
ggreenwald@kellerrohrback.com
ggotto@kellerrohrback.com

GUIN STOKES & EVANS, L.L.C.
Charles R. Watkins
321 South Plymouth Court, Suite 1250
Chicago, Illinois 60604
Telephone: (312) 878-8391
charlesw@gseattorneys.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I certify that on **January 6, 2014**, the foregoing Notice was filed in the CM/ECF system of this Court. Notice of this filing will be sent to all parties of record by operation of the Court's electronic system

By:    */s/ Gary D. Greenwald*