**U.S. Department of Labor**            Office of the Solicitor
                                        230 South Dearborn Street
                                        Chicago, Illinois 60604



VIA FIRST CLASS MAIL

December 4, 2014

**RECEIVED**

DEC 0 8 2014

CHAMBERS
JUDGE McDADE

Joe Billy McDade
U.S. District Court Judge
U.S. District Court for the Central District of Illinois
Peoria Division
100 N.E. Monroe Street
Peoria, Illinois  61602

Re:    *Joseph Koerner v. John L. Copenhaver*
       Case No.: 12-CV-1091
       MMS No.: 0500-14-00650

Dear Judge McDade:

The U.S. Department of Labor, Employee Benefits Security Administration ("DOL"), reviewed the Settlement Agreement and Plan of Allocation (Doc. Nos. 75-1, 75-2) filed on November 14, 2014, in the above referenced matter, and does not object to either document.  Once the court enters an order approving the settlement and the monies are within the sole custody of the Plan DOL will issue a closing letter to the defendants.

Thank you.

Sincerely,

**CHRISTINE Z. HERI**
Regional Solicitor

By:    s/Ruben R. Chapa
       **RUBEN R. CHAPA**
       ERISA Counsel

Cc:   James Purcell, EBSA Regional Director
      David Lubben, Defendants' Counsel
      Gary Greenwald, Plaintiffs' Counsel